**Order entered February 5, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01228-CV

**TEXAS SOCCER FOUNDATION, Appellant**

**V.**

**STING SOCCER FOUNDATION, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC- 1 7-07441**

## ORDER

The reporter's record in this appeal is past due. By postcard dated November 20, 2019, we notified the Official Court Reporter for the 193rd Judicial District Court that the reporter's record was overdue and directed her to file the reporter's record within ten days. By order dated December 12, 2019, we granted Ms. Dobbins' request to extend time to file the reporter's record and ordered the record filed by January 8, 2020. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** Ms. Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record, or (2) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification appellant has*

*not paid for or made arrangements to pay for the reporter's record, we will order the appeal*

*submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Dobbins that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Dobbins comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Bridgett N. Whitmore
Presiding Judge
193rd Judicial District Court

Vielica Dobbins
Official Court Reporter
193rd Judicial District Court

All parties

/s/      ERIN A. NOWELL
         JUSTICE